**EXHIBIT 1**
Dr. Bruce Isaacson CV and Testimony Experience



16501 Ventura Boulevard, Suite 601, Encino, CA 91436 • Phone (818) 464-2400 • Fax (818) 464-2399 • www.mmrstrategy.com

# DR. BRUCE R. ISAACSON, DBA, MBA

**QUALIFICATIONS**
- Expert in marketing, market research, branding, and strategy.
- Experience in research, consulting, and intellectual property matters.
- Doctorate and MBA, Harvard Business School; BS Engineering, Northwestern University Technological Institute.

## CURRENT OCCUPATION

*MMR Strategy Group (formerly Marylander Marketing Research), Encino, CA*    2005 to Present
**PRESIDENT**

MMR provides surveys, analysis, and consulting focused on understanding the attitudes and behaviors of customers and prospective customers. MMR was founded more than 30 years ago and helps clients to attract and retain customers, manage and grow brands, launch and improve products, and support intellectual property litigation.

- **Manage research-based consulting firm**
  President of research firm, responsible for firm strategy, client projects, and overall business.

- **Manage clients and projects**
  Design studies, manage research, and present findings for clients in practice areas including consumer goods and services, restaurant/retail, litigation, technology, health care, and other industries. Studies focus on topics in marketing, research, and strategy. Regularly provide research, declarations, and expert witness services for intellectual property litigation.

- **Develop MMR's intellectual property**
  Develop and manage MMR's research and analysis capabilities. Develop new products, serve as frequent speaker at conferences, seminars, and meetings on topics relating to marketing, research, and strategy.

## EDUCATION

- Doctor of Business Administration/Marketing, **Harvard Business School**, 1995.
- MBA with High Distinction, **Harvard Business School**, 1991. Graduated in top 5% of class as a Baker Scholar.
- Bachelor of Science in Engineering with focus on Regional Development, **Northwestern University Technological Institute,** 1985.

## PRIOR PROFESSIONAL EXPERIENCE

*Fairview Company, Calabasas, CA*  2002 to 2004
**MANAGING DIRECTOR**

- **West Coast Practice Leader of Executive Development for Monitor Group.**
  Designed and managed marketing and strategy executive education programs for clients of an international consulting firm. Developed curriculum, served as lead faculty on programs for Fortune 100 clients in industries including consumer products, biotechnology and technology.

- **Consulted with clients in technology, software, and financial services.**
  Provided consulting services in marketing and strategy. Also provided services related to mergers and acquisitions – researching sectors, raising capital, and negotiating offers with target companies.

*Intuit/Digital Insight, Calabasas, CA*  2001 to 2002
**SENIOR VICE PRESIDENT FOR PRODUCTS, MARKETING, AND ALLIANCES**

- **Managed business line for $130 million provider of outsourced banking services and software.**
  Directed marketing, strategy, alliances, mergers, acquisitions, resellers, and pricing for 9 business lines. Managed $29 million budget and staff of 40. Contributed to 38% revenue growth to $130 million in 2002.

- **Transformed technical product group into revenue-focused organization.**
  Created and managed 7 cross-functional teams for key initiatives with $5 million in potential revenues. Developed programs for client base of 1,600 banks and credit unions.

- **Built product management and strategy functions.**
  Set priorities for $22 million R&D budget, pared down 370 projects to focus on high return categories. Directed $51 million acquisition and post-merger conversion of 150 new clients.

*Move, Inc. (NASDAQ: MOVE)  Westlake Village, CA*  1999 to 2001
**PRESIDENT, HOME SERVICES**

- **Founded home services division for $320 million software/services provider to real estate industry.**
  Directed business unit for new division as one of 5 division presidents reporting to firm President.

- **Started and managed division focused on the home improvement industry.**
  Created business plan, recruited team, developed products, launched marketing and sales programs. Negotiated alliances with National Association of Homebuilders, American Institute of Architects. Built services directory of 300,000 providers in 28 categories. Launched 3 product lines, grew to 600 clients.

*PHH Corporation* (NYSE: PHH), *Mortgage Division, Mount Laurel, NJ*  1997 to 1999
**VICE PRESIDENT, MARKETING**

- **Directed marketing for $26 billion outsourced mortgage services division.**
  Company provided private label loans and loan servicing for customers and partners, including Merrill Lynch, Wells Fargo, USAA, Coldwell Banker, Century 21. Served on 14-member Executive Committee. Managed $14 million budget and 60 people in marketing, research, public relations, advertising, strategic planning, business development and e-commerce.



- **Created collateral for selling, processing, and closing loans distributed to 750,000 customers annually.**
  Redesigned sales materials used by 150-person sales force. Created point-of-sale materials and placed in 1,600 real estate offices nationwide. Negotiated co-marketing deals with software, real estate, financial service companies.

- **Built the company's first online platform to originate, close and service mortgages online.**
  Created co-branded system used by 1,400 partners to originate $700 million in mortgages in 2000. Developed complete technology solution interfacing with 3 major legacy computer systems. Integrated with over 2,000 sales and customer service reps.

*Boston Consulting Group, Chicago, IL*     1995 to 1997
**CONSULTANT**

- **Consulted in marketing, strategy and distribution for $1 billion international strategy consulting firm.**
  Designed and rolled out database marketing program including frequent shopper card for international supermarket chain.
  Developed global purchasing strategy across 14 business units and 8 plants for $3 billion consumer goods company.
  Evaluated market strategy for $800 million division of paper goods company.

*Harvard Business School, Cambridge, MA*     1991 to 1995
**DEAN'S DOCTORAL FELLOW**

- **Developed and implemented multi-year research project analyzing buyer-supplier alliances.**
  Authored 14 publications including best-selling case studies and articles in distribution, sales, supplier management, purchasing, branding, new products. Taught in Babson College Executive MBA program.

*E&J Gallo Winery, Modesto, CA*     1990
**MBA INTERN**

- Summer intern at global winery. Developed packaging strategy, distribution and retailer incentive programs for the wine cooler category.

*Long Wharf Trading Company, Danvers, MA*     1986 to 1989
**PRESIDENT & CO-FOUNDER**

- **Co-founded company manufacturing high quality sewn products for advertising premiums.**
  Directed 30 employees. Clients included banks, universities, corporations, schools and museums. Company was featured with full-page story in *Inc. Magazine* for innovative strategy.

*Parsons Corporation/Barton-Aschman Associates, Evanston, IL*     1985 to 1986
**ASSOCIATE CONSULTANT**

- **Conducted strategic and operations planning for public transportation systems at global construction and regional planning company.**
  Received *President's Award* for outstanding initiative and performance.

## HONORS, APPOINTMENTS, AFFILIATIONS

- Member, American Marketing Association (AMA)
- Member, Counsel of American Survey Research Organizations (CASRO)
- Member, International Trademark Association (INTA)
- Member, Marketing Research Association (MRA)

- Editorial Board, *Journal of Business-to-Business Marketing*, 1994 – present
- Appointed to *The Trademark Reporter* Committee, International Trademark Association, 2010-2011 term.
- Policy Advisory Board, Joint Center for Housing Studies at Harvard University, 1999 - 2001
- Winner, Doctoral Dissertation, Institute for Study of Business Markets, Penn State, 1994
- George S. Dively Award for Innovative Research, Harvard Business School, 1993
- George F. Baker Scholar, Harvard Business School (top 5% of class), 1991
- Dean's Doctoral Fellowship, Harvard Business School, 1993 -1995

## SELECTED SPEAKING ENGAGEMENTS

Frequent speaker at industry conferences and client events on topics relating to marketing and strategy, including:

- "What Can We Learn from Customer Satisfaction Studies?" Real Trends Marketing & Technology Expo, September 2006.

- "Understanding Today's Customers and Making Tough Choices – Lessons Learned From Starbucks," Western Foodservice & Hospitality Expo, August 2007.

- "Measuring Consumer Attitudes and Behaviors in Intellectual Property Litigation," Continuing Legal Education (CLE) seminar presented to audiences including:
    - Orange County Bar Association, November 2007.
    - Baker Botts, LLP, March, 2008.
    - Amster, Rothstein & Ebenstein LLP, March, 2008.
    - Fulwider Patton, LLP, March, 2008.

- "Understanding Your Customer and Making Tough Strategic Choices," International Restaurant & Foodservice Show of New York, March, 2008.

- "The Death of the Focus Group: Non-Traditional Research to Create Deeper Customer Insight." Presentation to American Marketing Association Annual Marketing Research Conference, September, 2008.

- "The Use of Online Surveys in Intellectual Property Litigation". Presentation to the National Advertising Division (NAD) Annual Conference, October, 2009.



## PUBLICATIONS

**Why Online Consumer Surveys Can Be a Smart Choice in Intellectual Property Cases** (with Dr. Jonathan Hibbard and Dr. Scott Swain). Intellectual Property Law Newsletter of the American Bar Association, Intellectual Property Law Section, May 2008.

**Bose Corporation: The JIT II Program (A), (B), (C), and (D)** (with Professor Roy Shapiro). Harvard Business School cases 9-694-001, -002, -003, and –004.

**Bose Corporation: The JIT II Program Teaching Note.** Harvard Business School teaching note 5-695-017.

**Buyer-Supplier Relationships: Antecedents, Management and Consequences.** Harvard Business School doctoral dissertation, 1996.

**Goodyear: The Aquatred Launch** (with Professor John Quelch). Harvard Business School case 9-594-106. *Best seller*.

**Goodyear: The Aquatred Launch Teaching Note** (with Professor John Quelch). Harvard Business School teaching note 5-595-016.

**Industrial Marketing** (with Professor V. Kasturi Rangan). In *AMA Management Handbook, Third Edition*, edited by John J. Hampton. New York: Amacom Books, 1994, pp. 2-101 to 2-108.

**Managing Buyer-Supplier Relationships.** Preface to *JIT II: Revolution in Buying and Selling*, edited by Lance Dixon and Anne Millen Porter. Newton, MA: Cahners Publications, Inc., 1994

**Philip Morris: Marlboro Friday (A) and (B).** Harvard Business School case 9-596-001 and –002.

**Scope and Challenge of Business-to-Business Marketing** (with V. Kasturi Rangan). Harvard Business School class note 9-594-125.

**Vistakon: 1 Day Acuvue Disposable Contact Lenses** (with Alvin J. Silk and Marie Bell). Harvard Business School case 9-596-087.

**What is Industrial Marketing?** (with Professor V. Kasturi Rangan). Harvard Business School class note 9-592-012.

## SELECTED COURSES TAKEN IN MBA AND DOCTORAL PROGRAMS

- **Economics and Finance**, including topics such as Managerial Economics; Financial Reporting and Accounting; Business, Government, and the International Economy; Corporate Finance; Product Costing; Microeconomic Theory.

- **Marketing and Strategy**, including topics such as Marketing; Marketing Foundations Readings; New Products; Marketing Implementation; Service Management; Research Issues in Marketing; Buyer Behavior; Industrial Marketing and Procurement; Industry and Competitive Analysis; Communications.

- **Sociology and Psychology**, including Organizational Behavior; Human Resources; Social Behavior in Organizations; Readings in Administration (two courses); Management Policy and Practice.

- **Statistics**, including Statistical Inference; Social Network Analysis; Applied Data Analysis; Analyzing Covariance Structures.

- **Research Methods and Research Design**, including Doctoral Research Seminar; Research Design and Measurement; Design of Field Research in Organizational Behavior; Intervention Research and Action Science.



## Dr. Bruce Isaacson Litigation Expert Witness Experience
## November, 2009

Cases in which Dr. Bruce Isaacson has testified as an expert at trial, including written expert reports submitted to the court or by deposition in the past four years.

**Codonics, Inc. v. Datcard Systems, Inc.**
U.S. District Court, Northern District of Ohio

**Hansen Beverage Company, d/b/a Monster Beverage Company v. CytoSport Inc.**
U.S. District Court, Central District of California

**High Voltage Beverages, LLC v. The Coca-Cola Company**
U.S. District Court, Western District of North Carolina

**Honestech, Inc., v. Sonic Solutions**
U.S. District Court, Western District of Texas, Austin Division

**Richard Dominguez v. UAL Corporation and United Airlines, Inc.**
U.S. District Court, District of Columbia

**Clinique Laboratories, LLC v. Absolute Dental Cheyenne Inc.**
U.S. Patent and Trademark Office, Trademark Trial and Appeal Board

**Larry Flynt and LFP Video Group v. Flynt Media Corp, Jimmy Flynt, and Dustin Flynt**
U.S. District Court, Central District of California

**Luv n' Care, Ltd and Admar International, Inc. v. Walgreen Co. and Kmart Corp.**
U.S. District Court, Southern District of New York

**Luv n' Care, Ltd and Admar International, Inc. v. Royal King Baby Product Co., Ltd.**
U.S. District Court, Eastern District of Texas, Marshall Division

**JIPC Management, Inc. v. Incredible Pizza Co., Inc. and Incredible Pizza Franchise Group, L.L.C.**
U.S. District Court, Central District of California

**James and Mary Jordan et al v. The Scott Fetzer Company**
U.S. District Court, Middle District of Georgia

**Quiksilver, Inc. v. Tween Brands, Inc.**
U.S. District Court, Eastern District of Virginia

**Natural Balance Pet Foods v. Royal Canin USA**
U.S. District Court, Central District of California

**Tokidoki, LLC v. Fortune Dynamic Inc.**
U.S. District Court, Central District of California

**Luppen Holdings v. Pitney Bowes**
U.S. District Court, Central District of California

**American Healthcare Products, Inc. v. Great American Marketing, Inc. and Great American Manufacturing, Inc.**
U.S. District Court, Central District of California

