**EXHIBIT 2**
Samples of Kirby Contracts

## RETAIL INSTALLMENT CONTRACT/SECURITY AGREEMENT

| SELLER'S NAME: | GONZALES ENTERPRISE | DIST# 7605 | 005-CA-02/06 |
|---|---|---|---|
| ADDRESS - No. STREET | 215 E. 18TH STREET | | |
| CITY | BAKERSFIELD CA 93305 | STATE | ZIP |
| NAME OF BUYER (S) | Doris Miller | | |
| RESIDENCE ADDRESS - No. STREET | 4320 Valdez AV | | |
| CITY | Atascadero   CALIFORNIA   93422 | | |

Customer: We've written this Contract in simple language to help you understand its terms. Please read your Contract carefully and feel free to ask us any questions. The words "you" and "your" mean the Buyer(s). The words "we", "us" and "our" mean the Seller shown above or any Holder of this Contract.

UNITED CONSUMER FINANCIAL SERVICES COMPANY
Sale is subject to credit approval.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

This contract covers your installment purchase from us of the following property:

**PROPERTY**

| | | Price |
|---|---|---|
| KIRBY MODEL | Sentria | $995.00 |
| Serial No. | 2070517732 | |
| ☐ | ☐ | |
| ☐ | ☐ | |
| ☐ | ☐ | $0 |
| | Selling Price | $995.00 |
| | Sales Tax | $72.00 |

ITEMIZATION OF AMOUNT FINANCED
1. CASH PRICE (TOTAL of all property above) $1067.00
2. CASH DOWNPAYMENT $67.00
3. TRADE-IN $
4. TOTAL DOWNPAYMENT (item 2 plus 3) $67.00
5. UNPAID BALANCE/AMOUNT FINANCED (item 1 less 4) $1000.00

The property above is purchased for use primarily for personal, family or household purposes unless another purpose is noted.

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 36 | $38.18 | Starting: 11-20-07 |

| Amount Financed | FINANCE CHARGE | ANNUAL PERCENTAGE RATE | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The amount of credit provided to you or on your behalf. | The dollar amount the credit will cost you. | The cost of your credit as a yearly rate. | The amount you will have paid after you have made all scheduled payments. | The total cost of your purchase on credit, including your downpayment of $67.00 |
| $1000.00 | $374.48 | 21.98% | $1374.48 | $1441.48 |

Late Charge: If any payment is 10 calendar days or more late, you agree to pay a late charge of $10.00.
See the reverse side of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

The first installment is due one month from the date of this Contract unless otherwise specified.
Prepayment: If you pay off early, you may be entitled to a refund of a part of the Finance Charge.
Security: You are giving a security interest in the goods or property being purchased.

READ ALL OF THE CONTRACTUAL TERMS ON THE REVERSE SIDE. SUCH TERMS ARE A PART OF THIS CONTRACT AS IF SET FORTH AT THIS POINT.
NOTICE TO BUYER: (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled-in. (2) You are entitled to a completely filled-in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time and obtain a partial refund of the finance charge if it is $1 or more. Because of the way the amount of the refund will be figured, the time when you prepay could increase the ultimate cost of credit under this agreement. (4) If you desire to pay off in advance the full amount due, the amount of the refund you are entitled to, if any, will be furnished upon request.

YOU ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF THIS RETAIL INSTALLMENT CONTRACT, AND HAVE RECEIVED ORAL NOTICE OF YOUR CANCELLATION RIGHTS

| BUYER'S SIGNATURE | DATE OF CONTRACT | BUYER'S SIGNATURE | DATE OF CONTRACT |
|---|---|---|---|
| Doris E Miller | 10-5-07 | | |
| SELLER'S SIGNATURE | | SELLER'S TITLE | |
| | | Dealer | 661-395-0300 |

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT.

------- H.O. COPY -------

NOTICE OF CANCELLATION    10-5-07 (Date)

You may CANCEL this transaction, without any Penalty or Obligation, within THREE BUSINESS DAYS from the above date.

If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within TEN DAYS following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be canceled.

If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale; or you may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract.

To cancel this transaction, mail or deliver a signed and dated copy of this Cancellation Notice or any other written notice, or send a telegram, to

__GONZALES ENTERPRISE__
(Name of seller)
ADDRESS __215 E. 18TH STREET__
City __BAKERSFIELD CA 93305__ State ___ Zip ___
(Address, City, State, Zip Code of seller's place of business)

NOT LATER THAN MIDNIGHT OF    10-10-07 (Date)
I HEREBY CANCEL THIS TRANSACTION.

_____     _____
(Date)                          (Buyer's Signature)

005-CA (02/06) © 1996 - 2006 United Consumer Financial Services Company. All rights reserved.

NOTICE OF CANCELLATION    10-5-07 (Date)

You may CANCEL this transaction, without any Penalty or Obligation, within THREE BUSINESS DAYS from the above date.

If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within TEN DAYS following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be canceled.

If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale; or you may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract.

To cancel this transaction, mail or deliver a signed and dated copy of this Cancellation Notice or any other written notice, or send a telegram, to

__GONZALES ENTERPRISE__
(Name of seller)
ADDRESS __215 E. 18TH STREET__
City __BAKERSFIELD CA 93305__ State ___ Zip ___
(Address, City, State, Zip Code of seller's place of business)

NOT LATER THAN MIDNIGHT OF    10-10-07 (Date)
I HEREBY CANCEL THIS TRANSACTION.

_____     _____
(Date)                          (Buyer's Signature)

## RETAIL INSTALLMENT CONTRACT / SECURITY AGREEMENT

**SELLER'S NAME:** KIRBY  
DIST: 3013  003-AZ-05/04

**ADDRESS - No.** 2602   **STREET** W. BASELINE #5  
**CITY** MESA   **STATE** AZ   **ZIP** 85202

**NAME OF BUYER (S):** SUSAN L MONTGOMERY  
**RESIDENCE ADDRESS - No.** 1336   **STREET** E. JULIAN DR  
**CITY** GILBERT   **STATE** ARIZONA   **ZIP** 85296

Customer: We've written this Contract in simple language to help you understand its terms. Please read your Contract carefully and feel free to ask us any questions. The words "you" and "your" mean the Buyer(s). The words "we", "us" and "our" mean the Seller shown above or any Holder of this Contract.

**UNITED CONSUMER FINANCIAL SERVICES COMPANY**  
Sale is subject to credit approval.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

This contract covers your installment purchase from us of the following property:

**PROPERTY**

KIRBY MODEL: SENTRIA   Price: $2195  
Serial No. 2070103889  
☒ Shampooer & Floor Brush  
☒ ZIPP   ☐  
DIST DISC: $-450  
Selling Price: $1745  
Sales Tax: INC

**ITEMIZATION OF AMOUNT FINANCED**
1. CASH PRICE (TOTAL of all property above)  $1745
2. CASH DOWNPAYMENT  $45
3. TRADE-IN  $—
4. TOTAL DOWNPAYMENT (Item 2 plus 3)  $45
5. UNPAID BALANCE/AMOUNT FINANCED (Item 1 less 4)  $1700

The property above is purchased for use primarily for personal, family or household purposes unless another purpose is noted.

| Amount Financed | FINANCE CHARGE | ANNUAL PERCENT- AGE RATE | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The amount of credit provided to you or on your behalf. | The dollar amount the credit will cost you. | The cost of your credit as a yearly rate. | The amount you will have paid after you have made all scheduled payments. | The total cost of your purchase on credit, including your downpayment of $45.00 |
| $1700 | $716.68 | 24.49% | $2416.68 | $2461.68 |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 36 | $67.13 | Starting 5-20-07 |
| 6 MONTH SAC | | |

Late Charge: If you do not make a payment in full upon the 10th day after it is due, you agree to pay us a late charge of $5.00 if the late installment is $25.00 or less, or $10.00 if the late installment is greater than $25.00.

See the reverse side of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

The first installment is due one month from the date of this Contract unless otherwise specified.  
Prepayment: If you pay off early, you may be entitled to a refund of a part of the Finance Charge.  
Security: You are giving a security interest in the goods or property being purchased.

READ ALL OF THE CONTRACTUAL TERMS ON THE REVERSE SIDE. SUCH TERMS ARE A PART OF THIS CONTRACT AS IF SET FORTH AT THIS POINT. NOTICE TO THE BUYER: (1) DO NOT SIGN THIS AGREEMENT IF ANY OF THE SPACES INTENDED FOR THE AGREED TERMS TO THE EXTENT OF THEN AVAILABLE INFORMATION ARE LEFT BLANK. (2) YOU ARE ENTITLED TO A COPY OF THIS AGREEMENT AT THE TIME YOU SIGN IT. (3) YOU MAY PAY OFF THE FULL UNPAID BALANCE DUE UNDER THIS AGREEMENT AT ANY TIME, AND IN SO DOING YOU SHALL BE ENTITLED TO A FULL REBATE OF THE UNEARNED FINANCE AND INSURANCE CHARGES. (4) YOU MAY CANCEL THIS AGREEMENT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT. (5) IT SHALL NOT BE LEGAL FOR THE SELLER TO ENTER YOUR PREMISES UNLAWFULLY OR COMMIT ANY BREACH OF THE PEACE TO REPOSSESS GOODS PURCHASED UNDER THIS AGREEMENT. (6) THIS INSTRUMENT IS BASED UPON A HOME SOLICITATION SALE WHICH IS SUBJECT TO THE PROVISIONS OF TITLE 44, CHAPTER 15 (ARIZONA REVISED STATUTES). THIS INSTRUMENT IS NOT NEGOTIABLE. YOU ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF THIS RETAIL INSTALLMENT CONTRACT, AND HAVE RECEIVED ORAL NOTICE OF YOUR CANCELLATION RIGHTS.

H.O. COPY

**BUYER'S SIGNATURE:** Susan   **DATE OF CONTRACT:** 4-9-07   **BUYER'S SIGNATURE:** _____   **DATE OF CONTRACT:** _____

**SELLER'S SIGNATURE:** _____   **SELLERS TITLE:** DEALER

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT.

---

**NOTICE OF CANCELLATION** 4-9-07 (Date)

You may CANCEL this transaction, without any Penalty or Obligation, within THREE BUSINESS DAYS from the above date.

If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within TEN BUSINESS DAYS following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be canceled.

If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale; or you may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract.

To cancel this transaction, mail or deliver a signed and dated copy of this Cancellation Notice or any other written notice, or send a telegram, to

KIRBY (Name of seller)  
ADDRESS 2602 W. BASELINE #5  
City MESA   State AZ   Zip 85202

NOT LATER THAN MIDNIGHT OF 4-12-07 (Date)  
I HEREBY CANCEL THIS TRANSACTION.

_____ (Date)   _____ (Buyer's Signature)

---

**NOTICE OF CANCELLATION** 4-9-07 (Date)

You may CANCEL this transaction, without any Penalty or Obligation, within THREE BUSINESS DAYS from the above date.

If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within TEN BUSINESS DAYS following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be canceled.

If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale; or you may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract.

To cancel this transaction, mail or deliver a signed and dated copy of this Cancellation Notice or any other written notice, or send a telegram, to

KIRBY (Name of seller)  
ADDRESS 2602 W. BASELINE #5  
City MESA   State AZ   Zip 85202

NOT LATER THAN MIDNIGHT OF 4-12-07 (Date)  
I HEREBY CANCEL THIS TRANSACTION.

_____ (Date)   _____ (Buyer's Signature)

---

003-AZ (05/04) © 1998 - 2004 United Consumer Financial Services Company. All rights reserved.

# KIRBY®

YAEL PRODUCTIONS, INC.
3009 N. FRAZIER * CONROE, TX 77303
(936)-441-1190

Name: Michelle Borne
Date: 2-3-07
Address: 11314 Overland Trail Drive
City: Richmond    State: TX    Zip: 77469    Phone: (281) 750-4050

KIRBY and Attachments Serial No. ( 20701002172 )

| KC ☐    KCR ☑ | | |
|---|---|---|
| This Agreement contains all of the terms of the sale. If any additional terms exist, please list them in this box. All sales subject to company approval. **Paid in Full** (MC) | CCK | 30 00 |
| | Trade-In | — |
| | Sub-Total | 1948 77 |
| | Sales Tax | included |
| | Gross Purchase | 1978 77 |
| | Total Paid | 1978 77 |
| | Balance Due | — 0 — |

I have received a completed copy of this Sales Agreement and I have received oral notice of my cancellation rights.

Seller's Signature: [signature]    Buyer's Signature: Michelle Borne
Title: Dealer    Co-Buyer's Signature: _____

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT.

---

NOTICE OF CANCELLATION   2-3-07   (Date of Transaction)

You may CANCEL this transaction, without any Penalty or Obligation, Within THREE BUSINESS DAYS from the above date.

If you cancel, any property traded in, any payments made by you under The contract or sale, and any negotiable instrument executed by you will be returned within TEN BUSINESS DAYS following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be cancelled.

If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale; or you may if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense or risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your notice of cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract.

To cancel this transaction, mail or deliver a signed copy of this cancellation notice, any other written notice, or send a telegram to:

Yael Productions, Inc.
3009 N. Frazier
Conroe, TX 77303

NO LATER THAN MIDNIGHT OF   2-7-07   (DATE)

I HEREBY CANCEL THIS TRANSACTION.

(Date)   (Buyer's Signature)

CUSTOMER COPY – YELLOW & PINK

---

NOTICE OF CANCELLATION   2-3-07   (Date of Transaction)

You may CANCEL this transaction, without any Penalty or Obligation, Within THREE BUSINESS DAYS from the above date.

If you cancel, any property traded in, any payments made by you under The contract or sale, and any negotiable instrument executed by you will be returned within TEN BUSINESS DAYS following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be cancelled.

If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale; or you may if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense or risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your notice of cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract.

To cancel this transaction, mail or deliver a signed copy of this cancellation notice, any other written notice, or send a telegram to:

Yael Productions, Inc.
3009 N. Frazier
Conroe, TX 77303

NO LATER THAN MIDNIGHT OF   2-7-07   (DATE)

I HEREBY CANCEL THIS TRANSACTION.

(Date)   (Buyer's Signature)

DISTRIBUTOR COPY – WHITE

DYRO PRODUCTIONS

16920 Park Row
Houston, TX 77084

# Invoice

| Date | Invoice # |
|---|---|
| 11/8/2007 | 200711034 |

**Bill To**
Crawford, Chad
4914 Forest Hurst Dr
Spring, TX 77373

**PAID**

**Ship To**
Adam Schaub

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 2071014061 | | | 11/8/2007 | | 1280/0 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Kirby System | Ultimate G Kirby | 1,193.48252 | 1,193.48T |
| 1 | Renovator | | 0.00 | 0.00T |
| | | Spring Harris Co | 7.25% | 86.52 |

**Total**  $1,280.00

# TEXAS RETAIL INSTALLMENT CONTRACT/SECURITY AGREEMENT/DISCLOSURE STATEMENT    TX15-C

SELLER'S NAME DISCLOSURE DATE: 11/14/07

In this Retail Installment Contract (Contract), the words you, your and yours mean each and all of those who sign as Buyer. The words we, our, ours also mean the Seller indicated above or any Holder of this Contract.

INTRAVISION LTD
8906 WALL ST BLDG 1 #101
AUSTIN TX 78754
(512) 837-4177

This contract covers your installment purchase from us of the following Property MODEL _____

Serial No. 30108 1025
Other: Whirlpool DVD System

Itemization of Amount Financed of  $ 1500.00
Cash Sale Price                    $ 1500.00
Trade-In Allowance                 $ 0
  Description
Sale after trade-in (1-2)          $ 1500.00
                                   $ INC
                                   $ 0
Purchase Price (3+4+5)             $ 1500.00
Cash Down Payment                  $ 0
Total Amount Financed (6-7)        $ 1500.00

## FEDERAL TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled |
| 31.19 % | $ 539.76 | $ 1500.00 | $ 2039.76 |

TOTAL SALE PRICE
Trade-in: $ 0
Cash down payment: $ 0
Sale of payments: $ 2039.76
Total Sale Price: $ 2039.76

Your Payment Schedule will be:
Number of Payments: 36
Amount of Payments: $ 56.66
Monthly Due Date: 30th
First Due Date: 12/30/07

Prepayment: If you pay off early, you may be entitled to a refund of part of the finance charge.
Security: You are giving us a security interest in the Property being purchased.
Late Charge: If a payment is more than 10 days late we will charge you the lesser of 5% of the unpaid installment or $5.00.
Payments: Subsequent payments are due on the same day each month thereafter, or on the last day of the month if no such date exists.

NOTICE TO THE BUYER: DO NOT SIGN THIS CONTRACT BEFORE YOU READ IT OR IF IT CONTAINS BLANK SPACES. YOU ARE ENTITLED TO A COPY OF THE CONTRACT YOU SIGN. UNDER THE LAW YOU HAVE THE RIGHT TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE AND UNDER CERTAIN CONDITIONS MAY OBTAIN A PARTIAL REFUND OF THE FINANCE CHARGE. KEEP THIS CONTRACT TO PROTECT YOUR LEGAL RIGHTS.

BY SIGNING THIS AGREEMENT YOU STATE THAT YOU AGREE TO ALL ITS TERMS, INCLUDING THOSE ON THE BACK, THAT YOU WILL USE THE PROPERTY FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES, THAT YOU HAVE RECEIVED ORAL NOTICE OF YOUR CANCELLATION RIGHTS, AND THAT YOU HAVE RECEIVED A COMPLETED COPY OF THIS RETAIL INSTALLMENT CONTRACT.

X James Wooley    (Buyer's Signature)     X _____ (Co-Buyer's Signature)     X _____ (Seller's Signature)

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT.

## NOTICE OF CANCELLATION  11/14/07
(Date of transaction)

You may cancel this transaction, without any penalty or obligation, within three business days from the above date.

If you cancel, any property traded in, any payments made by you under the Contract or Sale, and any negotiable instrument executed by you will be returned within 10 business days following receipt by the Seller of your cancellation notice, and any security interest arising out of the transaction will be canceled.

If you cancel, you must make available to the Seller at your residence, in substantially as good condition as when received, any goods delivered to you under this Contract or Sale; or you may if you wish, comply with the instructions of the Seller regarding the return shipment of the goods at the Seller's expense and risk.

If you do make the goods available to the Seller and the Seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the Seller, or if you agree to return the goods to the Seller and fail to do so, then you remain liable for performance of all obligations under the Contract.

To cancel this transaction, mail or deliver a signed and dated copy of this cancellation notice or any other written notice, or send a telegram, to: Evelia Maldonado
(Seller's Name)

INTRAVISION LTD
8906 WALL ST BLDG 1 #101
AUSTIN TX 78754

NOT LATER THAN MIDNIGHT OF 11/17/07
I HEREBY CANCEL THIS TRANSACTION. (Date)

## NOTICE OF CANCELLATION  11/14/07
(Date of transaction)

You may cancel this transaction, without any penalty or obligation, within three business days from the above date.

If you cancel, any property traded in, any payments made by you under the Contract or Sale, and any negotiable instrument executed by you will be returned within 10 business days following receipt by the Seller of your cancellation notice, and any security interest arising out of the transaction will be canceled.

If you cancel, you must make available to the Seller at your residence, in substantially as good condition as when received, any goods delivered to you under this Contract or Sale; or you may if you wish, comply with the instructions of the Seller regarding the return shipment of the goods at the Seller's expense and risk.

If you do make the goods available to the Seller and the Seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the Seller, or if you agree to return the goods to the Seller and fail to do so, then you remain liable for performance of all obligations under the Contract.

To cancel this transaction, mail or deliver a signed and dated copy of this cancellation notice or any other written notice, or send a telegram, to: Evelia Maldonado
(Seller's Name)

INTRAVISION LTD
8906 WALL ST BLDG 1 #101
AUSTIN TX 78754

NOT LATER THAN MIDNIGHT OF 11/17/07
I HEREBY CANCEL THIS TRANSACTION. (Date)

COPY-WHITE    CUSTOMER COPY-YELLOW    DIST COPY-PINK    TX15-C

SFKY-2007-00250

## RETAIL INSTALLMENT CONTRACT/SECURITY AGREEMENT

| SELLER'S NAME | DBW INVESTMENTS, LLC | DIST. # 8847 | 025-MO-02/06 |
|---|---|---|---|

ADDRESS: 1600 W. US HWY 40, STE. 206
CITY: BLUE SPRINGS MO 64015
NAME OF BUYER(S): James Price
RESIDENCE ADDRESS: 3736 Jackson
CITY: KC    STATE: MISSOURI    ZIP: 64128

This contract covers your installment purchase from us of the following property:

**PROPERTY**
KIRBY MODEL: Sentria    Price $1370.
Serial No. 1020106647

Customer: We've written this Contract in simple language to help you understand its terms. Please read your Contract carefully and feel free to ask us any questions. The words "you" and "your" mean the Buyer(s). The words "we", "us" and "our" mean the Seller shown above or any Holder of this Contract.

Selling Price $
Sales Tax $ Incl.

ITEMIZATION OF AMOUNT FINANCED
1. CASH PRICE (TOTAL of all property above) $ 1370.00

UNITED CONSUMER FINANCIAL SERVICES COMPANY
Sale is subject to credit approval.

2. CASH DOWNPAYMENT $ /
3. TRADE-IN $

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

4. TOTAL DOWNPAYMENT (Item 2 plus 3) $ 0
5. UNPAID BALANCE/AMOUNT FINANCED (Item 1 less 4) $ 1370.00

The property above is purchased for use primarily for personal, family or household purposes unless another purpose is noted.

Your payment schedule will be:

| Amount Financed | FINANCE CHARGE | ANNUAL PERCENTAGE RATE | Total of Payments | Total Sale Price | Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|---|---|---|---|---|
| $1370.00 | $538.36 | 22.97% | $1908.36 | $1908.36 | 36 | $53.01 | Starting 3-14-07 |

The first installment is due one month from the date of this Contract unless otherwise specified.

Late Charge: If a payment is more than 10 days late you will be charged $5.00 if the monthly installment is less than $25.00 or $10.00 if the monthly installment is $25.00 or greater. See the reverse side of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

Prepayment: If you pay off early, you may be entitled to a refund of a part of the Finance Charge.
Security: You are giving a security interest in the goods or property being purchased.

READ ALL OF THE CONTRACTUAL TERMS ON THE REVERSE SIDE. SUCH TERMS ARE A PART OF THIS CONTRACT AS IF SET FORTH AT THIS POINT.
NOTICE TO BUYER: (1) DO NOT SIGN THIS CONTRACT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. (2) YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. (3) UNDER THE LAW YOU HAVE THE RIGHT TO PAY IN ADVANCE THE FULL AMOUNT DUE AND UNDER CERTAIN CIRCUMSTANCES TO OBTAIN A PARTIAL REFUND OF THE FINANCE CHARGE.

EACH OF THE UNDERSIGNED ACKNOWLEDGES RECEIPT OF A COMPLETED COPY OF THIS RETAIL INSTALLMENT CONTRACT, AND HAVE RECEIVED ORAL NOTICE OF THEIR CANCELLATION RIGHTS.

BUYER'S SIGNATURE _____   DATE OF CONTRACT 2-12-07
BUYER'S SIGNATURE _____   DATE OF CONTRACT
SELLER'S SIGNATURE _____   SELLER'S TITLE: Dealer

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT.

**H.O. COPY**

NOTICE OF CANCELLATION 2-12-07 (Date)

You may CANCEL this transaction, without any Penalty or Obligation, within THREE BUSINESS DAYS from the above date.

If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within TEN DAYS following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be canceled.

If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale; or you may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract.

To cancel this transaction, mail or deliver a signed and dated copy of this Cancellation Notice or any other written notice, or send a telegram, to

DBW INVESTMENTS, LLC (Name of seller)
ADDRESS 1600 W. US HWY 40, STE. 206
City BLUE SPRINGS MO 64015 State ___ Zip ___

NOT LATER THAN MIDNIGHT OF 2-15-07
I HEREBY CANCEL THIS TRANSACTION.

_____ (Date)    _____ (Buyer's Signature)

NOTICE OF CANCELLATION 2-12-07 (Date)

You may CANCEL this transaction, without any Penalty or Obligation, within THREE BUSINESS DAYS from the above date.

If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within TEN DAYS following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be canceled.

If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale; or you may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract.

To cancel this transaction, mail or deliver a signed and dated copy of this Cancellation Notice or any other written notice, or send a telegram, to

DBW INVESTMENTS, LLC (Name of seller)
ADDRESS 1600 W. US HWY 40, STE. 206
City BLUE SPRINGS MO 64015 State ___ Zip ___

NOT LATER THAN MIDNIGHT OF 2-15-07
I HEREBY CANCEL THIS TRANSACTION.

_____ (Date)    _____ (Buyer's Signature)

825-MO (02/06) © 1996 - 2006 United Consumer Financial Services Company. All rights reserved.

# RETAIL INSTALLMENT CONTRACT/SECURITY AGREEMENT

**SELLER'S NAME (Please Print):** Kirby CO of Pueblo   **DIST#** 8995   **006-CO-02/08**

**ADDRESS - No. STREET:** 1552 Bonforte BLVD

**CITY:** Pueblo   **STATE:** Colorado   **ZIP:** 81001

**NAME OF BUYER(S) (Please Print):** Richard G Rivas

**RESIDENCE ADDRESS - No. STREET:** 248 S. Bailey

**CITY:** Pueblo West   **STATE:** COLORADO   **ZIP:** 81007

This contract covers your installment purchase from us of the following property:

**PROPERTY**

| | |
|---|---|
| KIRBY MODEL: Sentria | Price |
| Serial No. 207060 6476 | $1895.00 |
| ☑ ZB 5910 | |
| ☑ Carpet SS  ☐ 417 | |
| | $ |
| Selling Price | $1895.00 |
| Sales Tax | $73.91 |

**ITEMIZATION OF AMOUNT FINANCED**

1. CASH PRICE (TOTAL of all property above)  $1968.91
2. CASH DOWNPAYMENT  $68.91
3. TRADE-IN  $0
4. TOTAL DOWNPAYMENT (Item 2 plus 3)  $68.91
5. UNPAID BALANCE/AMOUNT FINANCED (Item 1 less 4)  $1900.00

Customer: We've written this Contract in simple language to help you understand its terms. Please read your Contract carefully and feel free to ask us any questions. The words "you" and "your" mean the Buyer(s). The words "we", "us" and "our" mean the Seller shown above or any Holder of this Contract.

**UNITED CONSUMER FINANCIAL SERVICES COMPANY**
Sale is subject to credit approval.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The property above is purchased for use primarily for personal, family or household purposes unless another purpose is noted.

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 24 | $102.50 | Starting: 01-30-08 |
| 1 | YR | SAC |

| Amount Financed | FINANCE CHARGE | ANNUAL PERCENTAGE RATE | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The dollar amount of credit provided to you or on your behalf. | The dollar amount the credit will cost you. | The cost of your credit as a yearly rate. | The amount you will have paid after you have made all scheduled payments. | The total cost of your purchase on credit, including your downpayment of $68.91 |
| $1900.00 | $560.00 | 22.34% | $2460.00 | $2528.91 |

The first installment is due one month from the date of this Contract unless otherwise specified.

Late Charge: If a payment is more than 10 days late, you agree to pay 5% of the late payment, up to a maximum of $10.00.

See the reverse side of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

Prepayment: If you pay off early, you may be entitled to a refund of a part of the Finance Charge.

Security: You are giving a security interest in the goods or property being purchased.

READ ALL OF THE CONTRACTUAL TERMS ON THE REVERSE SIDE. SUCH TERMS ARE A PART OF THIS CONTRACT AS IF SET FORTH AT THIS POINT.

NOTICE TO THE BUYER: DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. YOU ARE ENTITLED TO A COPY OF THE CONTRACT YOU SIGN.

YOU ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF THIS RETAIL INSTALLMENT CONTRACT, AND HAVE RECEIVED ORAL NOTICE OF YOUR CANCELLATION RIGHTS.

| BUYER'S SIGNATURE | DATE OF CONTRACT | BUYER'S SIGNATURE | DATE OF CONTRACT |
|---|---|---|---|
| [signed] | 10/30/07 | | |

| SELLER'S SIGNATURE | SELLER'S TITLE |
|---|---|
| Jessica Pierce | Sales Rep. |

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT.

**H.O. COPY**

---

**NOTICE OF CANCELLATION** 10-30-07 (Date)

You may CANCEL this transaction, without any Penalty or Obligation, within THREE BUSINESS DAYS from the above date.

If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within TEN DAYS following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be canceled.

If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale; or you may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract.

To cancel this transaction, mail or deliver a signed and dated copy of this Cancellation Notice or any other written notice, or send a telegram, to Kirby CO. of Pueblo (Name of seller)

ADDRESS 1552 Bonforte BLVD

City Pueblo   State CO   Zip 81007
(Address, City, State, Zip Code of seller's place of business)

NOT LATER THAN MIDNIGHT OF ~~10~~ 11-02-07 (Date)
I HEREBY CANCEL THIS TRANSACTION.

_____   _____
(Date)                (Buyer's Signature)

---

**NOTICE OF CANCELLATION** 10-30-07 (Date)

You may CANCEL this transaction, without any Penalty or Obligation, within THREE BUSINESS DAYS from the above date.

If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within TEN DAYS following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be canceled.

If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale; or you may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract.

To cancel this transaction, mail or deliver a signed and dated copy of this Cancellation Notice or any other written notice, or send a telegram, to Kirby CO. of Pueblo (Name of seller)

ADDRESS 1552 Bonforte BLVD

City Pueblo   State CO   Zip 81007
(Address, City, State, Zip Code of seller's place of business)

NOT LATER THAN MIDNIGHT OF 11-02-07 (Date)
I HEREBY CANCEL THIS TRANSACTION.

_____   _____
(Date)                (Buyer's Signature)

006-CG (02/06) © 1996 - 2006 United Consumer Financial Services Company. All rights reserved.

SFKY-2007-00244

## RETAIL INSTALLMENT CONTRACT/SECURITY AGREEMENT

**SELLER'S NAME:** Kirby Co of Pueblo    8945    006-CO-02/06
**ADDRESS - No.** 1552    **STREET** Bonforte Blvd
**CITY** Pueblo    **STATE** Colorado    **ZIP** 81001
**NAME OF BUYER(S):** Homer E Hayes
**RESIDENCE ADDRESS - No.** 1933    **STREET** Van Buren
**CITY** Pueblo    **STATE** COLORADO    **ZIP** 81004

This contract covers your installment purchase from us of the following property:

**PROPERTY**
KIRBY MODEL: Sentria    **Price** $1695.00
Serial No. 2070203753

Customer: We've written this Contract in simple language to help you understand its terms. Please read your Contract carefully and feel free to ask us any questions. The words "you" and "your" mean the Buyer(s). The words "we", "us" and "our" mean the Seller shown above or any Holder of this Contract.

Selling Price    $1695.00
Sales Tax    $66.10

**ITEMIZATION OF AMOUNT FINANCED**
1. CASH PRICE (TOTAL of all property above)    $1761.10

UNITED CONSUMER FINANCIAL SERVICES COMPANY
Sale is subject to credit approval.

2. CASH DOWNPAYMENT    $0
3. TRADE-IN    $161.10

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

4. TOTAL DOWNPAYMENT (Item 2 plus 3)    $161.10
5. UNPAID BALANCE/AMOUNT FINANCED (Item 1 less 4)    $1600.00

The property above is purchased for use primarily for personal, family or household purposes unless another purpose is noted.

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 36 | $63.93 | Starting: 3/31/08 |

| Amount Financed | FINANCE CHARGE | ANNUAL PERCENTAGE RATE | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| $1600.00 | $701.48 | 22.67% | $2301.48 | $2462.58 |

Late Charge: If a payment is more than 10 days late, you agree to pay 5% of the late payment, up to a maximum of $10.00.
See the reverse side of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

The first installment is due one month from the date of this Contract unless otherwise specified.
Prepayment: If you pay off early, you may be entitled to a refund of a part of the Finance Charge.
Security: You are giving a security interest in the goods or property being purchased.

READ ALL OF THE CONTRACTUAL TERMS ON THE REVERSE SIDE. SUCH TERMS ARE A PART OF THIS CONTRACT AS IF SET FORTH AT THIS POINT.

NOTICE TO THE BUYER: DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. YOU ARE ENTITLED TO A COPY OF THE CONTRACT YOU SIGN.

YOU ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF THIS RETAIL INSTALLMENT CONTRACT, AND HAVE RECEIVED ORAL NOTICE OF YOUR CANCELLATION RIGHTS.

**BUYER'S SIGNATURE:** Homer E Hayes    **DATE OF CONTRACT:** 12-31-07
**BUYER'S SIGNATURE:** _____    **DATE OF CONTRACT:** _____
**SELLER'S SIGNATURE:** _____    **SELLERS TITLE:** Sales Rep

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT.

**H.O. COPY**

---

**NOTICE OF CANCELLATION** 12-31-07 (Date)

You may CANCEL this transaction, without any Penalty or Obligation, within THREE BUSINESS DAYS from the above date.

If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within TEN DAYS following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be canceled.

If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale; or you may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract.

To cancel this transaction, mail or deliver a signed and dated copy of this Cancellation Notice or any other written notice, or send a telegram, to

Kirby Co of Pueblo (Name of seller)
**ADDRESS** 1552 Bonforte Blvd
**City** Pueblo    **State** Co    **Zip** 81001

NOT LATER THAN MIDNIGHT OF 1-04-08 (Date)
I HEREBY CANCEL THIS TRANSACTION.

_____ (Date)    _____ (Buyer's Signature)

006-CO (02/06) © 1996-2006 United Consumer Financial Services Company. All rights reserved.

---

**NOTICE OF CANCELLATION** 12-31-07 (Date)

You may CANCEL this transaction, without any Penalty or Obligation, within THREE BUSINESS DAYS from the above date.

If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within TEN DAYS following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be canceled.

If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale; or you may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract.

To cancel this transaction, mail or deliver a signed and dated copy of this Cancellation Notice or any other written notice, or send a telegram, to

Kirby Co of Pueblo (Name of seller)
**ADDRESS** 1552 Bonforte Blvd
**City** Pueblo    **State** Co    **Zip** 81001

NOT LATER THAN MIDNIGHT OF 1-04-08 (Date)
I HEREBY CANCEL THIS TRANSACTION.

_____ (Date)    _____ (Buyer's Signature)

**IDAHO RETAIL INSTALLMENT CONTRACT/SECURITY AGREEMENT/DISCLOSURE STATEMENT**  ID09-C

**SELLER'S NAME** - Please print   DATE: 4/20/07

In this Retail Installment Contract (Contract), the words you, your and yours mean each and all of those who sign as Buyer. The words we, our, ours and us mean the Seller indicated above or any Holder of this Contract.

Company: KIRBY OF MISSOULA
Address: 3207 BROOKS
City: MISSOULA  State: MT  Zip: 59801  Phone: 406 543 8261

This contract covers your installment purchase from us of the following Property: MODEL SENTRIA
Serial No. 206117112
Other: r.r. 2572

**BUYER INFORMATION** - Please print

Name: KRISTINA HAMILTON
Residence Address: 12 HAMILTON LANE
City: SALMON  State: IDAHO  Zip Code: 83467
Installation Address Street: SAME
City: SAME  State: IDAHO  Zip Code:

Itemization of Amount Financed of $1500

1. Cash Sale Price .............................. $1997
2. Trade-in Allowances HOOVER - $497
   DESCRIPTION
3. Price after Trade-in (1-2) .................. = $1500
4. Sales Tax (paid to state on your behalf) + $ INC
5. Official Fees + $ Ø
   (including LCU filing fee)
6. Purchase Price (3+4+5) = $1500
7. Cash Down Payment - $ Ø
8. Total Amount Financed (6-7) = $1500

**FEDERAL TRUTH IN LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 23.98 % | $703.56 | $1500 | $2203.56 |
| See Rate Chart | See Rate Chart | From Line 8 | Box 2 + 3 |

Prepayment: If you pay off early, you may be entitled to a refund of part of the finance charge. You should see other sections of your Contract for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

Security: You are giving us a security interest in the Property being purchased.
Late Charge: If a payment is more than 10 days late we will charge you the greater of 5% of the amount of such scheduled payment in default or $12.50.
Payments: Subsequent payments are due on the same day each month thereafter, or on the last day of the month if no such date exists.

**TOTAL SALE PRICE**

| Trade in: | $497 |
| Cash down payment: | $ Ø |
| Total of payments: | + $2203.56 |
| Total Sale Price: | $2700.56 |

Your Payment Schedule will be:
Number of Payments: 36
Amount of Payments: $61.21
Monthly Due Date: 19 TH
1st Pmt Date: 07/19/07

THE SELLER RETAINS A SECURITY INTEREST IN THE SUBJECT MATTER OF THIS AGREEMENT. NOTICE TO THE BUYER: 1. DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. 2. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. 3. UNDER THE LAW YOU HAVE THE RIGHT TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE AND TO OBTAIN A PARTIAL REFUND OF THE UNEARNED FINANCE CHARGE. KEEP THIS CONTRACT TO PROTECT YOUR LEGAL RIGHTS. BY SIGNING THIS AGREEMENT YOU STATE THAT YOU AGREE TO ALL ITS TERMS, INCLUDING THOSE ON THE BACK, THAT YOU WILL USE THE PROPERTY FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES, THAT YO HAVE RECEIVED ORAL NOTICE OF YOUR CANCELLATION RIGHTS AND THAT YOU HAVE RECEIVED A COMPLETED COPY OF THIS RETAIL INSTALLMENT CONTRACT.

X _[signature]_   X _[signature]_
Buyer's Signature   Co-Buyer's Signature   Seller's Signature

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT.

NOTICE OF CANCELLATION 4/20/07          NOTICE OF CANCELLATION 4/20/07
                      (Date of Transaction)                              (Date of Transaction)

You may cancel this transaction, without any penalty or obligation, within three business days from the above date.

If you cancel, any property traded in, any payments made by you under the Contract or Sale, and any negotiable instrument executed by you will be returned within 10 business days following receipt by the Seller of your cancellation notice, and any security interest arising out of the transaction will be canceled. If you cancel, you must make available to the Seller at your residence, in substantially as good condition as when received, any goods delivered to you under this Contract or Sale; or you may if you wish, comply with the instructions of the Seller regarding the return shipment of the goods at the Seller's expense and risk. If you do make the goods available to the Seller and the Seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the Seller, or if you agree to return the goods to the Seller and fail to do so, then you remain liable for performance of all obligations under the Contract.
To cancel this transaction, mail or deliver a signed and dated copy of this cancellation notice or any other written notice, or send a telegram, to: JESSICA GLICKER
                               (Seller's Name)
FIRM KIRBY OF MISSOULA
ADDRESS 3207 BROOKS
CITY MISSOULA  STATE MT  ZIP 59801
NOT LATER THAN MIDNIGHT OF 4/24/07
                                                  (Date)
I HEREBY CANCEL THIS TRANSACTION.
_____  _____
       (Date)                   (Buyer's Signature)

You may cancel this transaction, without any penalty or obligation, within three business days from the above date.

If you cancel, any property traded in, any payments made by you under the Contract or Sale, and any negotiable instrument executed by you will be returned within 10 business days following receipt by the Seller of your cancellation notice, and any security interest arising out of the transaction will be canceled. If you cancel, you must make available to the Seller at your residence, in substantially as good condition as when received, any goods delivered to you under this Contract or Sale; or you may if you wish, comply with the instructions of the Seller regarding the return shipment of the goods at the Seller's expense and risk. If you do make the goods available to the Seller and the Seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the Seller, or if you agree to return the goods to the Seller and fail to do so, then you remain liable for performance of all obligations under the Contract.
To cancel this transaction, mail or deliver a signed and dated copy of this cancellation notice or any other written notice, or send a telegram, to: JESSICA GLICKER
                               (Seller's Name)
FIRM KIRBY OF MISSOULA
ADDRESS 3207 BROOKS
CITY MISSOULA  STATE MT  ZIP 59801
NOT LATER THAN MIDNIGHT OF 4/14/07
                                                  (Date)
I HEREBY CANCEL THIS TRANSACTION.
_____  _____
       (Date)                   (Buyer's Signature)

REVISED 01-10-2006  Printed 02-05-2006  ILO. COPY-WHITE  CUSTOMER COPY-YELLOW  DIST COPY-PINK  ID09-C

SFKY-2007-00241

## RETAIL INSTALLMENT CONTRACT/SECURITY AGREEMENT

Elco Inc  8382  045-VA-02/06

8917 Forest Hill Ave

Richmond  VA  23235

NAME OF BUYER(S): Tony Capito

RESIDENCE ADDRESS: 13804 Deep Run Ct.

CITY: Midlothian  STATE: VIRGINIA  ZIP: 23112

Customer: We've written this Contract in simple language to help you understand its terms. Please read your Contract carefully and feel free to ask us any questions. The words "you" and "your" mean the Buyer(s). The words "we", "us" and "our" mean the Seller shown above or any Holder of this Contract.

UNITED CONSUMER FINANCIAL SERVICES COMPANY
Sale is subject to credit approval.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

This contract covers your installment purchase from us of the following property:

### PROPERTY

| Description | Price |
|---|---|
| KIRBY MODEL _____ Serial No. _____ | $1600.00 |
| | |
| | |
| | $ |
| Selling Price | $1600.00 |
| Sales Tax | $80.00 |

ITEMIZATION OF AMOUNT FINANCED
1. CASH PRICE (TOTAL of all property above) $1680.00
2. CASH DOWNPAYMENT $80.00
3. TRADE-IN _____ $
4. TOTAL DOWNPAYMENT (Item 2 plus 3) $80.00
5. UNPAID BALANCE/AMOUNT FINANCED (Item 1 less 4) $1600.00

The property above is purchased for use primarily for personal, family or household purposes unless another purpose is noted.

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 36 | $62.76 | Starting: 8/26/07 |

| Amount Financed | FINANCE CHARGE | ANNUAL PERCENTAGE RATE | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| $1600.00 | $659.36 | 23.99% | $2259.36 | $2339.36 |

Late Charge: If a payment is more than 7 days late, you agree to pay a late charge of 5% of the late payment.
See the reverse side of this agreement for additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

The first installment is due one month from the date of this Contract unless otherwise specified.
Prepayment: If you pay off early, you may be entitled to a refund of a part of the Finance Charge.
Security: You are giving a security interest in the goods or property being purchased.

READ ALL OF THE CONTRACTUAL TERMS ON THE REVERSE SIDE. SUCH TERMS ARE A PART OF THIS CONTRACT AS IF SET FORTH AT THIS POINT.
YOU ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF THIS RETAIL INSTALLMENT CONTRACT, AND HAVE RECEIVED ORAL NOTICE OF YOUR CANCELLATION RIGHTS.

BUYER'S SIGNATURE: Tony Capito  DATE OF CONTRACT: 26 July 07
BUYER'S SIGNATURE: _____  DATE OF CONTRACT: _____

SELLER'S SIGNATURE: Sarah Burke  7/26/07   SELLER'S TITLE: manager

### BUYER'S RIGHT TO CANCEL

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT.

H.O. COPY

---

**NOTICE OF CANCELLATION** 7/26/07 (Date)

You may CANCEL this transaction, without any Penalty or Obligation, within THREE BUSINESS DAYS from the above date.

If you cancel, any property traded in - in substantially as good condition as when received by the seller, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within TEN DAYS of the giving of your cancellation notice and any security interest arising out of the transaction will be canceled.

If you cancel after the seller has tendered any payments, property and instruments as described in the preceding paragraph, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale; or you may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for the reasonable value of the goods.

To cancel this transaction, mail or deliver a signed and dated copy of this Cancellation Notice or any other written notice, or send a telegram, to

Elco Inc (Name of seller)
ADDRESS 8917 Forest Hill Ave
City Richmond  State VA  Zip 23235
(Address, City, State, Zip Code of seller's place of business)

NOT LATER THAN MIDNIGHT OF  7/30/07 (Date)
I HEREBY CANCEL THIS TRANSACTION.

_____ (Date)   _____ (Buyer's Signature)

---

**NOTICE OF CANCELLATION** 7/26/07 (Date)

You may CANCEL this transaction, without any Penalty or Obligation, within THREE BUSINESS DAYS from the above date.

If you cancel, any property traded in - in substantially as good condition as when received by the seller, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within TEN DAYS of the giving of your cancellation notice and any security interest arising out of the transaction will be canceled.

If you cancel after the seller has tendered any payments, property and instruments as described in the preceding paragraph, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale; or you may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for the reasonable value of the goods.

To cancel this transaction, mail or deliver a signed and dated copy of this Cancellation Notice or any other written notice, or send a telegram, to

Elco Inc (Name of seller)
ADDRESS 8917 Forest Hill Ave
City Richmond  State VA  Zip 23235
(Address, City, State, Zip Code of seller's place of business)

NOT LATER THAN MIDNIGHT OF  7/30/07 (Date)
I HEREBY CANCEL THIS TRANSACTION.

_____ (Date)   _____ (Buyer's Signature)

045-VA (02/06) © 1996 - 2006 United Consumer Financial Services Company. All rights reserved.

# KANSAS RETAIL INSTALLMENT CONTRACT/SECURITY AGREEMENT/DISCLOSURE STATEMENT  KS10-C

**SELLER'S NAME** DIST#: 1556  DATE: 05/27/07

TRICIA Burdwicoff
SUPERIOR SYSTEMS INC
6644 WADSWORTH BLVD
ARVADA CO 80003  303-985-7965

In this Retail Installment Contract (Contract), the words you, your and yours mean each and all of those who sign as Buyer. The words we, our, ours and us mean the Seller indicated above or any Holder of this Contract.

This contract covers your installment purchase from us of the following Property: MODEL SENTRIA
Serial No. 2070304920
Other WITH SHAMPOWER SYSTEMS

**BUYER INFORMATION** – Please print

Name: LENNIE RIEDEL
Residence Address: 1150 S. FRANKLIN LOT 47
City: COLBY  State: KANSAS  Zip: 67701
Installment Address Street: Same as above
State: KANSAS

| Itemization of Amount Financed of | $ 1,600.00 |
|---|---|
| 1. Cash Sale Price | $ 1,600.00 |
| 2. Trade-in Allowances  DESCRIPTION | – $ INC |
| 3. Price after Trade-in (1-2) | = $ 1,600.00 |
| 4. Sales Tax (paid to state on your behalf) | + $ INC |
| 5. Official Fees (including UCC-1 filing fee) | + $ — |
| 6. Purchase Price (3+4+5) | = $ 1,600.00 |
| 7. Cash Down Payment | – $ 400.00 |
| 8. Total Amount Financed (6-7) | $ 1,200.00 |

**FEDERAL TRUTH IN LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 22.98 % | $ 308.16 | $ 1,200.00 | $ 1,508.16 |

**TOTAL SALE PRICE**
Trade in: $ —
Cash down payment: + $ 400.00
Total of payments: + $ 1,508.16

**Your Payment Schedule will be:**
Number of Payments: 24
Amount of Payments: $ 62.84
Monthly Due Date: 30
1st Pmt Date: 06/30/07

Prepayment: If you pay off early, you may be entitled to a refund of part of the finance charge. You should see other sections of your Contract for any additional information about nonpayment, default, any required payment in full before the scheduled date, and prepayment refunds and penalties.

Security: You are giving us a security interest in the Property being purchased.
Late Charge: If a payment is more than 10 days late we will charge you $5.00 on an installment of $25.00 or less and $10.00 on an installment greater than $25.00.
Payments: Subsequent payments are due on the same day each month thereafter, or on the last day of the month if no such date exists.

NOTICE TO THE BUYER: 1. DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT. 2. YOU ARE ENTITLED TO A COPY OF THIS AGREEMENT. 3. YOU MAY PREPAY THE UNPAID BALANCE AT ANY TIME WITHOUT PENALTY. KEEP THIS CONTRACT TO PROTECT YOUR LEGAL RIGHTS. BY SIGNING THIS AGREEMENT YOU STATE THAT YOU HAVE RECEIVED A COMPLETED COPY OF THIS RETAIL INSTALLMENT CONTRACT, YOU WILL USE THE PROPERTY FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES AND THAT YOU HAVE RECEIVED ORAL NOTICE OF YOUR CANCELLATION RIGHTS. YOU AGREE TO ALL ITS TERMS, INCLUDING THOSE ON THE BACK.

X _[signature]_    X _____    X _[signature]_
Buyer's Signature    Co-Buyer's Signature    Seller's Signature

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT.

NOTICE OF CANCELLATION  05/27/07    NOTICE OF CANCELLATION  05/27/07

You may cancel this transaction, without any penalty or obligation, within three business days from the above date.
If you cancel, any property traded in, any payments made by you under the Contract or Sale, and any negotiable instrument executed by you will be returned within 10 business days following receipt by the Seller of your cancellation notice, and any security interest arising out of the transaction will be cancelled.
If you cancel, you must make available to the Seller at your residence, in substantially as good condition as when received, any goods delivered to you under this Contract or Sale; or you may if you wish, comply with the instructions of the Seller regarding the return shipment of the goods at the Seller's expense and risk.
If you do make the goods available to the Seller and the Seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the...

You may cancel this transaction, without any penalty or obligation within three business days from the above date.
If you cancel, any property traded in, any payments made by you under the Contract or Sale, and any negotiable instrument executed by you will be returned within 10 business days following receipt by the Seller of your cancellation notice, and any security interest arising out of the transaction will be cancelled.
If you cancel, you must make available to the Seller at your residence, in substantially as good condition as when received, any goods delivered to you under this Contract or Sale; or you may if you wish, comply with the instructions of the Seller regarding the return shipment of the goods at the Seller's expense and risk.
If you do make the goods available to the Seller and the Seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the...

SFKY-2007-00238

08/13/2009 16:56 FAX 320 202 7003   PREFERRED CREDIT   ☒002/006

NEBRASKA RETAIL INSTALLMENT CONTRACT/SECURITY AGREEMENT/DISCLOSURE STATEMENT   NE10-C

In this Retail Installment Contract (Contract), the words you, your and yours mean each and all of those who sign as Buyer. The words we, our, ours and us mean the Seller indicated above or any Holder of this Contract.

SELLER'S NAME: Bonnie Jo Zeleski, KIRBY OF KEARNEY, 2424 W 24TH, KEARNEY NE 68845, (308) 236-6060
DIST#: 0380
DATE: 11-2-07

NAME OF BUYER(S): Deb Dombrowski
Address: 422 N. White Ave.
City: Grand Island   State: NEBRASKA   Zip Code: 68803

This contract covers your installment purchase from us of the following Property:
MODEL: Sentria
Serial No.: 207081413
Other: _____

Itemization of Amount Financed of $1,000
1. Cash Sale Price         $1,025
2. Trade-in Allowances     -$ INCL
3. Price after Trade-in (1-2)  =$1,025
4. Sales Tax               +$ INCL
5. Origination Fee         +$ -$10.00-
6. Official Fees           +$
7. Purchase Price (3+4+5)  =$1,025.00
8. Cash Down Payment       -$ 25.00
9. Total Amount Financed (6-7)  =$1,000.00

FEDERAL TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| 18 % | $301.40 | $1,000 | $1301.40 |

TOTAL SALE PRICE
Trade in: $ incl
Cash down payment: $25.00
Total of payments: $1301.40
Total Sale Price: $1326.40

Your Payment Schedule will be:
Number of Payments: 36
Amount of Payments: $36.15
Monthly Due Date: 20th
1st Pmt Date: 12-20-07

x /s/ Deborah Dombrowski   x /s/ Bonnie Jo Zeleski

NOTICE OF CANCELLATION   11-2-2007       NOTICE OF CANCELLATION   11-2-2007

[Check image: DEBORAH D. DOMBROWSKI, 422 White Ave., Grand Island, NE, Date 11-2-07, Pay to Kirby Co., $25.00, Twenty Five dollars and no/100, Cornerstone Bank, Down Payment, /s/ Deborah Dombrowski]

KIRBY OF KEARNEY       KIRBY OF KEARNEY
2424 W 24TH            2424 W 24TH
KEARNEY NE 68845       KEARNEY NE 68845

NOT LATER THAN MIDNIGHT OF 11-7-2007   NOT LATER THAN MIDNIGHT OF 11-7-2007
I HEREBY CANCEL THIS TRANSACTION       I HEREBY CANCEL THIS TRANSACTION

H.O. COPY-WHITE   CUSTOMER COPY-YELLOW   DIST. COPY-PINK   NE10-C

SFKY-2007-00237