# EXHIBIT K

Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF GEORGIA

COLUMBUS DIVISION

JAMES and MARY JORDAN,           )
        Plaintiffs,            )
        VS.                    ) NO. 4-07-cv-80(CDL)
THE SCOTT FETZER COMPANY,        )
        Defendants.            )
_____)

DEPOSITION OF:

    DR. BRUCE ISAACSON, D.B.A., M.B.A.

      WEDNESDAY, JANUARY 20, 2010

          9:13 a.m.

Reported by:   EMILIA JACALONE

          CSR NO. 7182

Bruce Isaacson, DBA, MBA

Page 118

1          customers, using customer names provided
2          by the defendants."
3          Have I read that correctly?
4     A    Yes, sir.
5     Q    What does "price expectation" mean?
6     A    It's referring here to the expectations of the
7  difference in price between a previously owned and a, to
8  use the text that I use here, between a previously owned
9  and/or refurbished Kirby vacuum cleaner versus a similar
10 Kirby vacuum cleaner that is not previously owned and/or
11 refurbished.
12    Q    But is it a consumer's willingness to pay?  Is
13 that what you're measuring?
14    A    I, I'm measuring the difference in price
15 expectations.
16    Q    And is that the same thing as a difference in
17 willingness to pay for a new as opposed to, as you call
18 it, previously-owned Kirby?
19    A    Willingness to pay I think would be a slightly
20 different question and a different research design that
21 we didn't do here.
22    Q    And how is it different?
23    A    I didn't, for example, bring a, a potential
24 Kirby customer into an interviewing room and show them a
25 previously-owned, refurbished Kirby and describe that

Bruce Isaacson, DBA, MBA

Page 119

1  vacuum to them, and ask them how much they'd be willing
2  to pay for that previously-owned Kirby vacuum cleaner.
3  And then do the same thing with a new Kirby vacuum
4  cleaner, and do a direct comparison of the two.
5           This is simply expectations of how the price
6  would differ if you found out in this hypothetical
7  situation that you were thinking about a, about a
8  previously-owned or refurbished Kirby vacuum cleaner.
9       Q   Well, I think what you've just said is how you
10 might study it differently.  I'm not sure you've answered
11 my question as to how what you're calling price
12 expectation is different from willingness to pay.
13          Try again, please.
14      A   Well, I don't know how I missed the first time,
15 so it's hard for me to try again.  Give me a sense of
16 what you're looking looking for me to do differently.
17      Q   Well, I'm simply trying to understand what price
18 expectation means.  It's a perception by the consumer;
19 that's it?
20      A   It's an expectation by the consumer of how the
21 product would be priced.
22      Q   It's a reflection of a consumer's perception
23 based on a hypothetical question, correct?
24      A   Could you read that back to me, please.
25          (Record read as follows:

```
 1              "It's a reflection of a consumer's
 2         perception based on a hypothetical
 3         question, correct?")
 4         THE WITNESS:  Based on a hypothetical question,
 5   and potentially based on other, their pre-existing
 6   background knowledge of Kirby.  Kirby vacuum cleaners.
 7   BY MR. WHITING:
 8      Q   Did you do anything in your survey to measure
 9   the pre-existing background knowledge that the
10   respondents had with respect to Kirbys?
11      A   Yes.
12      Q   And that would be simply your questions about
13   whether or not they had previously purchased a Kirby?
14      A   Whether or not they were sufficiently familiar
15   with the product to know that they had purchased it, to
16   know that it was a Kirby, to know that it occurred in the
17   past three years, whether or not they knew whether they
18   still had possession of the Kirby, and if they didn't
19   have possession, where it went.
20      Q   Isn't it true that price expectation with
21   respect to something is different than the value of that
22   thing?
23      A   I don't know what you're referring to.
24      Q   Can't respond to the question?
25      A   Not the way it's phrased.
```

Bruce Isaacson, DBA, MBA

Page 123

1  Q  Anything else?
2  A  A whole bunch of things.  It's a very vague
3  question.  It's hard for me to answer.
4  Q  Would the relevant condition of a product be
5  relevant to a consumer's expectation of price?
6  A  One would expect, yes.
7  Q  Would a consumer's perception of price be
8  affected by his or her ability to see or test the
9  product?
10 A  I don't know.  Again, it's a vague question.  In
11 what context are we talking?  Are we talking vacuum
12 cleaners or something else?
13 Q  We're talking reference price theory.
14 A  It's still, it's a vague question.  I don't have
15 any basis to answer it.
16 Q  Not at all?
17 A  Not the way it's phrased.
18 Q  Would the identity of a seller be relevant to a
19 consumer's perception of price?
20 A  What context are we talking?  Again, it's a
21 series of vague questions.  I have the same answer to
22 that one.
23 Q  Would the circumstances or place of the sale of
24 a product be relevant to a consumer's perception of
25 price?

Bruce Isaacson, DBA, MBA

Page 131

1  "previously owned."  And we settled upon what we thought
2  was the phrase that was more, that was leaning more
3  towards Kirby's point of view, and that had to be
4  literally true under the hypothetical described in the
5  complaint.
6       Q   What do you mean by "Kirby's point of view"?
7       A   The word "used" it seems to me is a somewhat
8  pejorative term.  It implies that someone else has owned
9  it and it's been used by somebody else, and we're talking
10 about a vacuum cleaner whose job is to clean up dirt
11 laying around your house.
12          I can't vouch for sure that the vacuum cleaner
13 has been used by somebody in the hypothetical situation.
14 Just because I took possession doesn't mean I ever
15 actually used the vacuum cleaner.
16          But if I took possession, I had to own that
17 vacuum cleaner.  It had to be previously owned.  So it
18 seemed to me that the vacuum cleaner had to be previously
19 owned did not necessarily need to be used.
20          It also seemed to me that previously owned was a
21 more neutral phrase than the word "used," which has got
22 some implications that someone else has, has actually
23 employed this vacuum cleaner in relation to the dirt in
24 their house.
25      Q   Well, my question, let me try it again.

Page 156

1           cells one through six, do you, sir?")
2           THE WITNESS:  Yes, I do.
3   BY MR. WHITING:
4      Q   And that data would be what?
5      A   I have contract, representative contract data
6   that indicates the prices that people typically paid.  So
7   we have a pretty good idea, we have a pretty good idea of
8   what prices people typically pay for a Kirby vacuum
9   cleaner.
10          What I don't know is I don't know the specific
11  price that each respondent individually actually paid.
12     Q   What is validation?
13     A   Validation is a process by which one confirms
14  that the interview took place and the respondent was
15  qualified.
16     Q   How was your survey validated?
17     A   It was validated in two methods.  One is we used
18  supervisors who listen to recorded interviews and
19  confirmed that it was conducted properly, and the second
20  is we had a second calling center call people who had
21  been interviewed and confirm that the interview took
22  place and that they were qualified.
23     Q   Please look at Exhibit A-6.  Tell me what that
24  is, please.
25     A   This is a summary report of one phase of the